■ In the Matter of WALTER LICATA, for Reinstatement. Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Denman, P. J., Callahan, Green, Balio and Lawton, JJ. (Filed Oct. 30, 1992.)

■ DEBRA BATES, Respondent, v MARTIN BATES, Appellant. —Motion to dismiss appeal denied (see, McDonald v Freeman, 186 AD2d 1095). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Filed Nov. 3, 1992.)

■ KATHLEEN STANISZEWSKI, as Mayor, et al., Appellants, v LACKAWANNA MUNICIPAL HOUSING AUTHORITY et al., Respondents—Motion for a stay denied. Memorandum: Appellants' motion for a stay is denied as unnecessary. The service of the notice of appeal stays all proceedings to enforce the order appealed from pending the determination of the appeal (see, CPLR 5519 [a]). Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ. (Filed Nov. 3, 1992.)

■ CHASE LINCOLN FIRST BANK, N. A., Respondent, v STREETER ASSOCIATES, INC., Appellant.—Motion for a stay denied without prejudice to apply to the trial court (see, CPLR 2201). Present—Callahan, J. P., Boomer, Green, Pine and Fallon, JJ.) (Filed Oct. 26, 1992.)

■ WACKENHUT CORP., Respondent, v COUNTY OF ERIE et al., Respondents, and RJD SECURITY, INC., Appellant.—Motion to dismiss appeal denied. Memorandum: The time to take an appeal does not begin to run until service of the order or judgment appealed from, together with notice of entry. Petitioner has failed to show that it served a notice of entry. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Filed Nov. 2, 1992.)

■ BANNER SERVICE CORP., Respondent, v ROBERT HALL et al., Appellants.—Motion to dismiss appeal denied. Memorandum: The time to appeal from the judgment does not begin to run until the service of the judgment with notice of entry (see, CPLR 5513 [a]). Present—Denman, P. J., Boomer, Pine, Balio and Fallon, JJ.